E-FILED
Wednesday, 06 May, 2026  02:06:15 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No 24-CR-10038 |
| | ) | |
| CURTIS D. MCBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Curtis D. McBride, S13265**, is presently incarcerated in Statesville Correctional Center under the Illinois Department of Corrections, it further appearing that **Curtis D. McBride, S13265**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings at the United States District Court, Courtroom A , 100 NE Monroe Street, Peoria, Illinois on **June 23, 2026 at 11:00 a.m.**

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Statesville Correctional Center of the Illinois Department of Corrections, and/or the United States

3

Marshal for the Central District of Illinois, commanding the production of said

**Curtis D. McBride, S13265,** before this Court at the Federal Building and U.S.

Courthouse, Courtroom A, 100 NE Monroe Street, Peoria, Illinois on **June 23,**

**2026 at 11:00 a.m.** in connection with this cause and then and there to present the

defendant before the Court and from day to day thereafter as may be necessary,

and at the termination of the proceedings against the defendant that the United

States Marshals Service shall return the defendant to the Illinois Department of

Corrections at Statesville Correctional Center, under safe and secure conduct,

after the disposition of the above-captioned case as well as any other related

federal charges that may be filed against the Defendant.

s/ Jonathan E. Hawley

_____

JOHNATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this ___6th___ day of May 2026.

4